1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CABN 233155)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone:    (415) 436-6967
        Facsimile:    (415) 436-6748
7       Email:        jennifer.s.wang@usdoj.gov

8  Attorneys for Federal Cross-Defendants
   West County Health Centers, Inc., Trina Bowen, M.D.
9  and United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 | JASPER GONZALES, by his Guardian Ad ) | Civil Action No. C11-4319 LB
   | Litem, JENNA GONZALES,              )
14 |                                     )
   |         Plaintiffs,                 )
15 |                                     )
   |   v.                                )
16 |                                     )
   | RICK SIMONS, FURTADO, JASPOVICE     )
17 | & SIMONS, a law corporation, SUTTER )
   | BAY HOSPITALS dba SUTTER            )
18 | MEDICAL CENTER OF SANTA ROSA,       )
   | and DOES 1 through 20,              )
19 |                                     )
   |         Defendants.                 )
20 |_____) | STIPULATION AND [PROPOSED]
   | SUTTER BAY HOSPITALS dba SUTTER     ) | ORDER EXTENDING FEDERAL
21 | MEDICAL CENTER OF SANTA ROSA,       ) | CROSS-DEFENDANTS' TIME TO
   |                                     ) | RESPOND TO CROSS-COMPLAINT
22 |         Cross-Complainant,          )
   |                                     )
23 |   v.                                )
   |                                     )
24 | TRINA BOWEN, M.D., WEST COUNTY      )
   | HEALTH CENTERS, INC., and ROES 1-   )
25 | 10,                                 )
   |                                     )
26 |         Cross-Defendants.           )
   |_____)
27

28
   STIP. & [PROPOSED] ORDER EXTENDING FED. CROSS-DEF'S TIME TO RESPOND
   TO CROSS-COMPL.
   C11-4319 LB                              1

Defendant/cross-complainant Sutter Bay Hospitals dba Sutter Medical Center of Santa Rosa (hereinafter, "Sutter" or "defendant/cross-complainant") and the federal cross-defendants Trina Bowen, M.D. and West County Health Centers, Inc., by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Jasper Gonzales, a minor, by and through his guardian ad litem, Jenna Gonzales, (hereinafter, "plaintiffs") filed a complaint against defendant Rick Simons and the law firm of Furtado, Jaspovice & Simons in the Superior Court of California, County of Sonoma, on or about December 21, 2010.

2. On or about February 2, 2011, plaintiffs filed a first amended complaint, adding Sutter as a defendant.

3. On or about June 17, 2011, Sutter filed cross-complaint against Trina Bowen, M.D., and West County Health Centers, Inc. (hereinafter, "federal cross-defendants").

4. On or about August 16, 2011, the United States Attorney's Office received notification from the United States Department of Health and Human Services about this pending lawsuit, and the federal cross-defendants filed a notice of removal on August 31, 2011.

5. To allow the federal cross-defendants sufficient to respond to the cross-complaint, defendant/cross-complainant Sutter and federal cross-defendants stipulate and agree to extend the federal cross-defendants' time to respond to the cross-complaint in the above-captioned case by 30 days, until October 7, 2011.

IT IS SO STIPULATED.

DATED: September 7, 2011        Respectfully submitted,

                                MELINDA HAAG
                                United States Attorney

                                By: /s/
                                JENNIFER S. WANG
                                Assistant United States Attorney

STIP. & [PROPOSED] ORDER EXTENDING FED. CROSS-DEF'S TIME TO RESPOND TO CROSS-COMPL.
C11-4319 LB                              2

DATED: September 7, 2011

By: _____
TROY VAHIDI
LA FOLLETTE, JOHNSON, DE HAAS, FESLER & AMES
Attorneys for Defendant and Cross-Complainant Sutter Bay Hospitals dba Sutter Medical Center of Santa Rosa

### [PROPOSED] ORDER

Pursuant to stipulation, and good cause having been shown, it is ordered that the federal cross-defendants' deadline to respond to defendant/cross-complainant's cross-complaint in the above-captioned matter is extended to October 7, 2011.

IT IS SO ORDERED.

Dated: September 9, 2011

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

STIP. & [PROPOSED] ORDER EXTENDING FED. CROSS-DEF'S TIME TO RESPOND TO CROSS-COMPL.
C11-4319 LB                                              3